# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 10, 2019

## NO. 03-18-00823-CV

### In the Interest of F. L. H. A.

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH**
**DISMISSED ON APPELLANT'S MOTION—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the district court on December 7, 2018. Appellant F.L.H.A. has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal.